Per Curiam.

While the trial court, consistent with the authority of Levine v. Ehrenberg (N. Y. L. J., June 11,1973, p. 18, col. 2 [App. Term, 1st Dept.]) was justified, in the circumstances of this case, in finding for tenants on the counterclaims, nevertheless, there was a lack of adequate proof of the reduced value of the apartments as a result of the landlord’s failure to supply heat (Borchardt v. Parker, 108 N. Y. S. 585 [App. Term, 1st Dept.]; see, also, 1900-51st St. Corp. v. Dennis, 182 Misc. 127 [App. Term, 2d Dept.]; Jackson v. Paterno, 58 Misc. 201 [App. Term, 1st Dept.], affd. 128 App. Div. 474; Levine v. Ehrenberg, supra).